# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DONALD KISSNER,

    Petitioner,

v.                                          Case No. 2:12-CV-10619

KENNETH ROMANOWSKI,

    Respondent.

_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Denying the Petition for Writ of Habeas Corpus and Declining to Issue a Certificate of Appealability," dated April 30, 2014,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Kenneth Romanowski and against Petitioner Donald Kissner. Dated at Detroit, Michigan, this 30th day of April 2014.

                                                  DAVID J. WEAVER
                                                CLERK OF THE COURT

                                  BY: S/Lisa Wagner
                                      Lisa Wagner, Deputy Clerk
                                      and Case Manager to
                                      Judge Robert H. Cleland